BEFORE THE THIRD DIVISION, JUNE 18, 1945

**No. 50275.**—Petition 6477–R of Overseas Trading Co. (Los Angeles).

Opinion by CLINE, J. Petitioner's witness testified that he had paid the amount shown on the invoice; that the merchandise had been ordered through a broker in New York; that this was the second shipment of merchandise he had received from Uruguay; that he knew nothing about a Uruguayan tax; and that the tax was not entered on the invoice. After consideration of the evidence in this case, it was held that the petitioner acted without intention to misrepresent the facts or to defraud the revenue of the United States, or to deceive the appraiser as to the value of the goods. The petition was therefore granted.

**No. 50276.**—Petition 6391–R of New York Merchandise Co., Inc. (Los Angeles)

Opinion by CLINE, J. An appeal to reappraisement was taken and the appraised value affirmed (Reap. Dec. 5789). The vice president of the petitioner testified that the entry was made under his direction; that he had instructed his employees to disclose all facts and to take all precautions that the proper entered values be given; and that he had no information that the value of 1.80 yen was incorrect. After consideration of the evidence in this case, it was held that the petitioner acted without intention to misrepresent the facts or to defraud the revenue of the United States or to deceive the appraiser as to the value of the goods. The petition was therefore granted.